FILED
Dec 17, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00256-NONE-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| CHANCELOR KAUFMAN | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 17, 2020 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary

1 | for the issuance and execution of the warrants.

3 | DATED: December 17, 2020         Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By      /s/ STEPHANIE STOKMAN
STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 17, 2020

_____
STANLEY A. BOONE
U.S. Magistrate Judge

Motion to Seal Indictment                                2